**Electronically Filed
Supreme Court
SCWC-11-0001083
16-SEP-2013
02:42 PM**

SCWC-11-0001083

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

BRISON PALENCIA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001083; CR. NO. 09-1-0114)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The application for writ of certiorari filed on August 6, 2013 by Petitioner Brison Palencia is hereby rejected.

DATED: Honolulu, Hawai‘i, September 16, 2013.

Glenn D. Choy,
for petitioner

Keith M. Kaneshiro and
Sonja P. McCullen,
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

